1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PETITION OF PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY TO PERPETUATE TESTIMONY | Case No. MC 13-231 UA(JC)<br><br>JUDGMENT |

In accordance with the concurrently filed Order Denying Petition to Perpetuate Testimony, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: July 26, 2013

_____
HONORABLE DEAN D. PREGERSON
ACTING CHIEF UNITED STATES DISTRICT JUDGE